# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

IFGCure Holdings, LLC, a Delaware limited liability company,

Plaintiff,

v.

FORM FOR YOU, a California corporation,

Defendant.

Case No. 2:25-cv-11703-BFM

**Hon. Brianna Fuller Mircheff**

**ORDER RE STIPULATED PROTECTIVE ORDER**

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: ____MAY 29____, 2026

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

1